*Sarah F. Summons*, special public defender, in support of the petition.

Decided July 2, 2003

STATE OF CONNECTICUT *v.* MARC S. SINVIL

The Supreme Court docket number is SC 17021.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in support of the petition.

*Carlos E. Candal*, special public defender, in opposition.

Decided July 2, 2003

STATE OF CONNECTICUT *v.* RAFAEL MARTINEZ

*Robert P. Pickering*, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided July 2, 2003